TDD Irrevocable Trust, Appellant, v J & A Saporta Realty Corp., Respondent. [29 NYS3d 194]—In an action, inter alia, pursuant to RPAPL article 15 to determine claims to real property, the plaintiff appeals from an order of the Supreme Court, Nassau County (Jaeger, J.), dated November 24, 2014, which granted the defendant's motion to disqualify Timothy DiResta from representing the plaintiff in this action.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

In light of this Court's determination in a related appeal (*see TDD Irrevocable Trust v J & A Saporta Realty Corp.*, 139 AD3d 706 [2016] [decided herewith]), this appeal has been rendered academic. Mastro, J.P., Leventhal, Sgroi and Miller, JJ., concur.